IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:11-cv-00980 |
| | ) | |
| DAVID P. MATTHEWS, DAVID P. MATTHEWS P.C., JULIE L. RHOADES, AND LIZY SANTIAGO, | ) ) ) ) | |
| Defendants. | ) ) | |

## AGREED MOTION TO DISMISS

Plaintiff Colony Insurance Company ("Plaintiff" or "Colony"), and Defendants, David P. Matthews, David P. Matthews P.C., Julie L. Rhoades, and Lizy Santiago, ("Defendants"), file this Agreed Motion to Dismiss and respectfully show the Court as follows:

Plaintiff and Defendants have settled any and all claims against each other regarding the subject matter of the above-captioned lawsuit. Plaintiff and Defendants have entered into a Settlement Agreement and Release whereby they have agreed to dismiss any and all claims that either were brought or could have brought in the above-captioned lawsuit.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court dismiss any and all claims that Plaintiff brought or could have brought against Defendants in and/or relating to the above-captioned lawsuit.

Respectfully submitted,

By: _____
Robert D. Allen
State Bar No. 01051315
Southern District Bar No. 7609
Robert L. Berry
State Bar No. 24027145
Southern District Bar No. 29480

MECKLER BULGER TILSON MARICK
& PEARSON LLP
10,000 N. Central Expressway, Suite 1450
Dallas, Texas 75231
(214) 265-6200
(214) 265-6226 (facsimile)

**ATTORNEYS FOR PLAINTIFF COLONY INSURANCE COMPANY**

and

_____
Dale Jefferson
State Bar No. 10607900
Southern District Bar No. 9116
MARTIN DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis, Suite 1800
Houston, TX 77002
(713) 632-1700
(713) 222-0101 (facsimile)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      On July 11, 2011, I certify that a copy of this document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for Defendants:

Raul H. Suazo
808 Travis, Suite 1800
Houston, Texas 77002

                                                  Robert L. Berry